# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| LEONARD SELLERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  NO. 2:23-CV-253-PPS-AZ |
| | ) |
| LEAR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff, Leonard Sellers, and Defendant, Lear Corporation, by their respective counsel, filed a Stipulation of Dismissal with Prejudice. [DE 48.]

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 48] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire action **WITH PREJUDICE** and without costs or attorney's fees to any party.

Finally, the Clerk is ORDERED to CLOSE this case.

ENTERED: June 20, 2025.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT